# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      ADRIANA S RODRIGUEZ

         Debtor(s)

Case No. 11-16184

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 04/15/2011.

2)  The plan was confirmed on 07/25/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was dismissed on 01/06/2014.

6)  Number of months from filing to last payment: 30.

7)  Number of months case was pending: 36.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $30,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,503.00 |
| Less amount refunded to debtor | $155.32 |

**NET RECEIPTS:** $15,347.68

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,105.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $678.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,783.00

Attorney fees paid and disclosed by debtor: $1,395.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 317 WISCONSIN PLACE CONDO | Secured | NA | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CENTERS | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| AJ SALERNO | Unsecured | 271.60 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 46.42 | 46.42 | 0.00 | 0.00 |
| BACK BOWL LLC | Unsecured | 4,855.00 | 4,855.07 | 4,855.07 | 96.09 | 0.00 |
| BOMBAY CREDIT PLAN | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 113.64 | 113.64 | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 1,494.00 | 1,493.97 | 1,493.97 | 16.48 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,593.00 | 4,592.83 | 4,592.83 | 90.89 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 14,308.00 | 14,308.91 | 14,308.91 | 283.21 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP | Unsecured | 4.21 | NA | NA | 0.00 | 0.00 |
| LYNDON D TAYLOR | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DENTAL CENTER | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Secured | 10,927.00 | 9,184.32 | 9,184.32 | 9,184.32 | 548.48 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| NEB DRS OF IL | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | NA | 0.00 | 3,845.96 | 23.38 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 170,000.00 | 197,972.57 | 201,818.53 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 28,961.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | NA | 3,845.96 | 3,845.96 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,245.00 | 3,245.48 | 3,245.48 | 53.47 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,510.00 | 2,510.93 | 2,510.93 | 41.36 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 924.00 | 924.20 | 924.20 | 15.26 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROCCO VALICENTO | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK ER PHYSICIANS | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,496.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,625.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 4,500.00 | 4,500.00 | 4,500.00 | 74.12 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 4,879.00 | 4,944.82 | 4,944.82 | 97.85 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 964.00 | 967.89 | 967.89 | 15.94 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 3,880.00 | 3,935.25 | 3,935.25 | 64.84 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 2,162.00 | 7,383.00 | 7,383.00 | 146.09 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 917.00 | 920.65 | 920.65 | 15.19 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 3,983.00 | 3,996.64 | 3,996.64 | 65.81 | 0.00 |
| SPECIALIZED LOAN SERVICING | Secured | 47,963.00 | 47,984.72 | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Unsecured | 47,963.00 | 0.00 | 47,984.72 | 949.67 | 0.00 |
| US DEPT OF ED PHEAA | Unsecured | 28,432.00 | 30,316.33 | 30,316.33 | 599.97 | 0.00 |
| Vanda LLC | Unsecured | 3,332.00 | 3,429.92 | 3,429.92 | 56.51 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 1,306.00 | 1,306.65 | 1,306.65 | 15.01 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 34.32 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NAT | Unsecured | 2,620.00 | 2,620.70 | 2,620.70 | 43.19 | 0.00 |
| WORLD FINANCIAL NETWORK NAT | Unsecured | 3,024.00 | 3,024.49 | 3,024.49 | 49.81 | 0.00 |
| WORLD FINANCIAL NETWORK NAT | Unsecured | 313.00 | 313.82 | 313.82 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NAT | Unsecured | 896.00 | 896.42 | 896.42 | 17.74 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $201,818.53 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,184.32 | $9,184.32 | $548.48 |
| All Other Secured | $3,845.96 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$214,848.81** | **$9,184.32** | **$548.48** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$152,478.71** | **$2,831.88** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,783.00 |
| Disbursements to Creditors | $12,564.68 |
| **TOTAL DISBURSEMENTS** : | **$15,347.68** |

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/29/2014                    By: /s/ Tom Vaughn _____
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**